# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Claudia Jane Hopper  
                    Debtor(s)

BK NO. 23-02617 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2003-BC2 and index same on the master mailing list.

                    Respectfully submitted,

/s/ Michael Farrington  
Michael Farrington  
22 Nov 2023, 13:32:20, EST

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA  19106  
215-627-1322